UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-cv-22153-DPG

FRANCOIS SEVERE, as Personal
Representative of the estate of
FRITZ SEVERE,

        Plaintiff,

vs.

CITY OF MIAMI and
ANTONIO VICENTE TORRES, IV,
individually and in his capacity as a City
of Miami police officer,

        Defendants.
_____/

## NOTICE OF INTERLOCUTORY APPEAL

NOTICE IS HEREBY GIVEN that ANTONIO VICENTE TORRES, IV, Defendant/Appellant in the above captioned case, hereby appeals to the United States Circuit Court of Appeals for the Eleventh Circuit from the Order on Defendants' Motion for Summary Judgment [D.E. 108] entered on June 25, 2019, which denied qualified immunity. A copy of that Order is attached hereto as "Exhibit A."

        Respectfully submitted,

        VICTORIA MÉNDEZ, City Attorney
        JOHN A. GRECO, Deputy City Attorney
        CHRISTOPHER A. GREEN,
        Senior Assistant City Attorney
        Attorneys for **Defendants**
        444 S.W. 2nd Avenue, Suite 945
        Miami, FL  33130-1910
        Tel.: (305) 416-1800
        Fax: (305) 416-1801

Email: jagreco@miamigov.com
cagreen@miamigov.com
Secondary Email: kjones@miamigov.com
dbailey@miamigov.com

By: *John A. Greco*
    John A. Greco, Deputy City Attorney
    Florida Bar No. 991236

By: *Christopher A. Green*
    Christopher A. Green
    Senior Assistant City Attorney
    Florida Bar No. 957917

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *John A. Greco*
    John A. Greco, Deputy City Attorney
    Florida Bar No. 991236

**Richard J. Diaz, Esq.**
Richard J. Diaz, P.A.
Counsel for Plaintiff
3427 Ponce de Leon Blvd.
Coral Gables, FL  33434
Rick@rjdpa.com

**Curt Obront, Esq.**
Curt@obrontcorey.com