**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Miami Division

Francois Severe, as Personal
Representative of the Estate of                         Case No. 17-cv-22153-DPG
Fritz Severe,
        *Plaintiff*,
v.

CITY OF MIAMI, and
ANTONIO VICENTE TORRES, IV
individually and in his capacity
as a City of Miami Police Officer,
        *Defendants*.
_____/

## PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT

The Plaintiff, Francois Severe, as the Personal Representative of the Estate of Fritz

Severe, files this Motion for Entry of Final Judgment pursuant to Fed. R. Civ. P. 54(b) and states

as follows:

1. In light of this Court's June 25, 2019, Order granting summary judgment in favor

    of the Defendant City of Miami and denying qualified immunity for Defendant

    Antonio Vicente Torres [D.E. 108 ] ("Order"), Plaintiff hereby respectfully

    requests that the Court enter judgment in this case on behalf of Defendant City of

    Miami.

2. The Court decided the issue of law in favor of Defendant City of Miami.

3. On July 16, 2019, Defendant Torres filed a Notice of Interlocutory Appeal [D.E.

    109].

1

4.  Plaintiff would like to immediately appeal the summary judgment in favor of the City of Miami to allow appellate review of the entirety of the Court's decision rather than doing so in piecemeal fashion.

5.  Plaintiff therefore requests that the Court promptly enter final judgment as to the City of Miami on its June 25, 2019, Order under Fed. R. Civ. P. 54(b), which authorizes the district courts to "direct the entry of a final judgment as to one or more but fewer than all of the claims in an action…upon an express determination that there is no just reason for delay". The Rule permits the district court to determine in its sound discretion when a ruling on a claim that does not dispose of an entire action should proceed to appellate resolution.

6.  Plaintiff submits that there is no just reason for delay and that immediate appellate review of this matter will aid judicial economy and is appropriate and necessary.

7.  Undersigned counsel contacted counsel for the Defendant City of Miami to obtain the City's position regarding the relief requested herein and were advised that the City does not object to the relief sought herein.

WHEREFORE, Plaintiff respectfully requests that the Court enter a final judgment in favor of the City of Miami.

Respectfully submitted,

___ s/ Richard J. Diaz _____
Richard J. Diaz, Esq.
3127 Ponce De Leon Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
F.B.N. 0767697

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via CM/ECF this 24th day of July, 2019, and served upon all parties of record electronically.

s/ Richard Diaz

_____

Richard J. Diaz, Esq.